957 A.2d 230

### John BOYCE, Petitioner

v.

### PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

**No. 80 EM 2008.**

Supreme Court of Pennsylvania.

Sept. 24, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**